1  Ben E. Dupre, S.B.N. #231191                    *E-FILED 08-17-2010*
   DUPRE LAW FIRM, P.C.
2  2005 De La Cruz Blvd., Suite 203
3  Santa Clara, CA 95050
   (408) 727.5377 – Tel
4  (408) 727.5310 – Fax

5  Attorney for Plaintiff
6  DEBORAH GARCIA

7                UNITED STATES DISTRICT COURT
           FOR THE NORTHEN DISTRICT OF CALIFORNIA
8                     SAN JOSE DIVISION

9

10  DEBORAH GARCIA,                 ) Case No.: CV10-02804 HRL
                                    )
11              Plaintiff,          ) **STIPULATION TO ADR and REQUEST
          vs.                       ) TO CONTINUE CMC and** [Proposed]
12                                  ) **Order**
                                    )
13  LAW OFFICE OF DAVID SEAN DUFEK, )
    DAVID SEAN DUFEK, JODY LOFGREN, )    **[Re:  Docket No. 12]**
14  WENDY MEYERS, CACH, LLC, CACV OF )
    COLORADO, LLC., COLLECT AMERICA, )
15  LTD.                            )
                                    )
16              Defendants.         )
17  _____ )

18       The parties hereby consent to mediate this matter through Northern District of
19
    California Alternative Dispute Resolution Unit.
20
21       The parties respectfully request the Court continue the September 7, 2010 Case
22  Management Conference approximately 90-days (preferably to November 30, 2010).

23  / / /

24  / / /

25  / / /

26  / / /

27

28

                    _____
                    STIPULATION TO ADR AND CONTINUE CMC
                                    1

The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by August. 31, 2010.

Dated: August, 11, 2010                           /s/ Ben E. Dupre
                                                  Ben E. Dupre, Attorney for Plaintiff

Dated: August 11, 2010                            /s/ David Sean Dufek
                                                  David Sean Dufek, Attorney for Law
                                                  Offices of David Sean Dufek, Sean
                                                  Dufek, Wendy Meyers, Jodye Lofgren,
                                                  CACV of Colorado, LLC, CACH, LLC,
                                                  Square Two Financial Corp. fka Collect
                                                  America, LTD,

1

[Proposed] ORDER

2

      The stipulation of the parties is hereby adopted.  The parties shall mediate this matter,

3

and the Case Management Conference of September 7, 2010 is continued to **November 30, 2010**

**1:30 p.m.  The mediation shall be completed within 90 days from the date of this order.**

4

5

_____.

6

**IT IS SO ORDERED.**

7

8

Date:   August 17, 2010

9

10

_____

11

Howard R. Lloyd

U.S. ~~DISTRICT COURT~~ JUDGE

12

     MAGISTRATE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28