**\*E-FILED 11-29-2010\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH GARCIA, | No. C10-02804 HRL |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| LAW OFFICE OF DAVID SEAN DUFEK; DAVID SEAN DUFEK; JODY LOFGREN; WENDY MEYERS; CACH, LLC; CACV OF COLORADO, LLC; COLLECT AMERICA, LTD., | |
| Defendants. | |

At the parties' request, the initial case management was continued to November 30, 2010. However, the parties have failed to file a Joint Case Management Statement as required by Civil Local Rule 16-9. Additionally, defendants have not yet consented or declined to proceed before a United States Magistrate Judge.

Accordingly, the initial case management conference is **continued to December 14, 2010, 1:30 p.m.** The parties shall file a Joint Case Management Statement no later than **December 7, 2010**. Failure to timely file that statement (or a separate statement if opposing counsel fails to participate in preparation of a statement) may result in sanctions and, possibly, an order to show cause why the case should not be dismissed (or default entered if it is the defendant who fails to file a statement) for failure to prosecute (or defend) the action.

1   Additionally, **no later than December 7, 2010**, defendants shall file either a consent or
2   declination to proceed before a United States Magistrate Judge.  The forms are available from
3   the Clerk of the Court and on the court's website at www.cand.uscourts.gov.
4   SO ORDERED.
5   Dated:   November 29, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-02804-HRL Notice has been electronically mailed to:

2  Ben Edward Dupre     duprelaw@gmail.com

3  David Sean Dufek , Sr     davidseandufek@aol.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.