1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHEN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| DEBORAH GARCIA, | ) Case No.: CV10-02804 HRL |
| | ) |
| Plaintiff, | ) **ORDER DISMISSING WITH** |
| vs. | ) **PREJUDICE** |
| | ) |
| LAW OFFICE OF DAVID SEAN DUFEK, | ) **[Re: Docket No. 19]** |
| DAVID SEAN DUFEK, JODY LOFGREN, | ) |
| WENDY MEYERS, CACH, LLC, CACV OF | ) |
| COLORADO, LLC., COLLECT AMERICA, | ) |
| LTD. | ) |
| | ) |
| Defendants. | ) |
| | ) |

On this day the Court considered Plaintiff's and Defendants' Stipulation to Dismiss with Prejudice. The Court finds that this Stipulation should be ordered and granted.

IT IS THEREFORE ORDERED that this case is hereby dismissed with prejudice as to all defendants and issues. All relief not expressly granted in this order is denied.

Signed this ___8th___ day of ___February___, 2011.

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE
HOWARD R. LLOYD